UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHEL LABADIE,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>                Defendant. | CASE NO. C09-1276 MJP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FTCA CLAIMS |

This comes before the Court on Defendants' motion to dismiss claims against the individual officers. (Dkt. No. 78.) Having reviewed the motion and the Plaintiff's untimely response, the Court GRANTS Defendants' motion to dismiss.

**Background**

Plaintiff Michel Labadie ("Labadie") is a Canadian citizen currently residing in British Colombia. (Compl. ¶ 7.) Defendants Edward Escobar, Isidoro Longoria, Eoin Martinez, David Decker, Jesse Cobb, Becky Elston, Jason Honti, Jeff Sterrit, and Eric Lehmann, (together "Individual Defendants") are either Custom and Border Patrol Officers or Immigration and Customs Enforcement Special Agents. (Id. ¶ 9-10). The United States is also named as a

| | |
|---|---|
| 1 | defendant. (Id. ¶ 8.) Labadie alleges that on September 9, 2006, Officer Escobar held his neck |
| 2 | and punched him in the face. (Id. ¶ 15.) Labadie alleges causes of action for illegal search and |
| 3 | seizure, invasion of privacy, assault, defamation, and false light. (Id. ¶¶ 21-41.) |
| 4 | **Discussion** |
| 5 | Defendants seek to dismiss Plaintiff's Federal Tort Claims Act ("FTCA") claims against |
| 6 | the individual officers in their official capacity. In response, Plaintiff states Defendants' motion |
| 7 | is moot because his amended complaint does not allege a FTCA claim against the individual |
| 8 | officers. Specifically, Plaintiff states his complaint is against the individual officers in their |
| 9 | individual capacities under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971). Since |
| 10 | Labadie concedes individual officers are immune from a FTCA claim in their official capacity |
| 11 | and Defendants are not seeking to dismiss Labadie's Bivens claims, the Court GRANTS |
| 12 | Plaintiff's motion to dismiss official capacity claims against the individual officers under the |
| 13 | FTCA. |
| 14 | The Court observes Plaintiff's response to Defendants' motion to dismiss was due June 6, |
| 15 | 2011 under Local Rule 7(d). Plaintiff filed his motion three days late on June 9, 2011. Since |
| 16 | Plaintiff concedes dismissal of FTCA claims against the individual officers, the effect of this |
| 17 | delay is minimal. However, Plaintiff is advised that the Court will disregard future motions, |
| 18 | responses, or replies, not filed in a timely manner according to the Court's Local Rules. |
| 19 | \\ |
| 20 | \\ |
| 21 | \\ |
| 22 | \\ |
| 23 | \\ |
| 24 | |

**Conclusion**

The Court GRANTS Defendants' motion to dismiss FTCA claims against the individual officers in their individual capacity. The clerk is ordered to provide copies of this order to all counsel.

Dated this 14th day of June, 2011.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge